# Order

Michigan Supreme Court
Lansing, Michigan

February 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134087(76)(77)

DIMMITT & OWENS FINANCIAL, INC.,
and JMM NOTEHOLDER REPRESENTATIVE,
L.L.C.,
　　　　　Plaintiffs-Appellants,

v

DELOITTE & TOUCHE (ISC), L.L.C.,
DELOITTE SERVICES LIMITED
PARTNERSHIP, a/k/a DELOITTE &
TOUCHE, L.L.P., and PHILIP JENNINGS,
　　　　　Defendants-Appellees,
and

JANE DOE and JOHN DOE,
　　　　　Defendants.
_____

SC:  134087
COA:  262381
Wayne CC:  04-434094-NM

　　　On order of the Chief Justice, the motion by plaintiffs-appellants for adjournment of the oral argument on the application for leave to appeal is considered and it is DENIED.



　　　I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 29, 2008

　　　　　　　　　　　　　　　　Clerk